UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROLAND MALIK GLOVER,<br>Defendant. | Case No. 24cr1400-LL<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Sec. 841(a)(1) and (b) - Possession with Intent to Distribute Oxycodone, Methamphetamine, Cocaine, and Alprazolam; Title 18, U.S.C., Sec. 924(c)(1)(A) - Possession of Firearm in Furtherance of a Drug Trafficking Crime; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., 924(d)(1), and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The United States Attorney charges:

Count 1

On or about January 31, 2024, within the Southern District of California, defendant ROLAND MALIK GLOVER did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b).

Count 2

On or about January 31, 2024, within the Southern District of California, defendant ROLAND MALIK GLOVER did knowingly and intentionally possess with the intent to distribute 50 grams and more of methamphetamine (actual), to wit, approximately 58.4 grams of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b).

Count 3

On or about January 31, 2024, within the Southern District of California, defendant ROLAND MALIK GLOVER did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b).

Count 4

On or about January 31, 2024, within the Southern District of California, defendant ROLAND MALIK GLOVER did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of alprazolam, a Schedule IV Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b).

Count 5

On or about January 31, 2024, within the Southern District of California, defendant ROLAND MALIK GLOVER knowingly used and carried a firearm, namely, a Glock 43X , with serial number BRKA 810, and a Bersa Thunder, with serial number H35203, during and in relation to, and possessed that firearm in furtherance of, a drug trafficking crime, namely, possession with intent to distribute oxycodone, in violation of

Title 21, United States Code, Sections 841(a)(1) and (b), as charged in Count 1 of this Information; possession with intent to distribute methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) and (b), as charged in Count 2 of this Information, possession with intent to distribute cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and (b), as charged in Count 3 of this Information, and possession with intent to distribute alprazolam, in violation of Title 21, United States Code, Section 841(a)(1) and (b), as charged in Count 4 of this Information; all in violation of Title 18, United States Code, Section 924(c)(1)(A).

FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 5 of this Information are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one and more of the felony offenses alleged in Counts 1, 2, 3, and 4 of this Information, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant ROLAND MALIK GLOVER shall, upon conviction, forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained, directly and indirectly, as the result of the offenses, and any and all property used and intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this

Information. The property to be forfeited includes, but is not limited to:

a. one silver Apple iPhone 15, IMEI 35150340972652;

b. approximately $30,322 in United States currency;

c. one Glock 43X handgun, with serial number BRKA 810;

d. one Bersa Thunder handgun, with serial number H35203;

e. one magazine with approximately 9 rounds of 9mm ammunition;

f. one magazine with approximately 8 rounds of .380 ammunition; and

g. one box of Blazer ammunition containing approximately 50 9mm rounds.

3. Upon conviction of one and more of the offenses alleged in Counts 1 through 5 of this Information, defendant ROLAND MALIK GLOVER shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all of his rights, title, and interest in all firearms and ammunition involved in the commission of the offenses. The firearms and ammunition to be forfeited include, but are not limited to the following: (1) one Glock 43X handgun, with serial number BRKA 810; (2) one Bersa Thunder handgun, with serial number H35203; (3) one magazine with approximately 9 rounds of 9mm ammunition; (4) one magazine with approximately 8 rounds of .380 ammunition; and (5) one box of Blazer ammunition containing approximately 50 9mm rounds.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c) to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

DATED: July 1, 2024.

TARA K. McGRATH
United States Attorney

ADAM GORDON
PETER S. HORN
Assistant U.S. Attorneys